UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
CARPENTER PENSION TRUST
FUND,

        Plaintiff(s),                                  No. C 09-0636 PJH

    v.                                       **ORDER TO SHOW CAUSE**

JKJ INC.,

        Defendant(s).
_____/

       Defendant in the above-entitled matter having failed to appear at the case management conference on May 21, 2009, and plaintiff having filed a case management conference statement and having appeared at that proceeding in compliance with the Court's orders,

       THE COURT hereby issues an ORDER TO SHOW CAUSE why defendant's default should not be entered for its failure to appear and defend this action.

       The hearing on the order to show cause will be held on June 11, 2009, at 2:30 p.m.. If defendant fails to appear, its default shall be entered.

       **IT IS SO ORDERED.**

Dated: May 22, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge