Anastasios G. Konstantin, Esq. (SBN 197581)
MCKANE & KONSTANTIN
Attorneys at Law
420 Third Street, Suite 250
Oakland, California 94607
(510) 839-0945 Telephone
(510) 839-6348 Facsimile

Attorneys for Defendant
JKJ, INC d.b.a.
Overhead Door Company of the Bay Area

FILED
09 MAY 22 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTER PENSION TRUST FUND FOR NORTHERN CALIFORNIA<br><br>Plaintiffs.<br><br>v.<br><br>J K L, INC., a California Corporation, doing business as OVERHEAD DOOR COMPANY OF THE BAY AREA<br><br>Defendants | CASE NO. CV 09 0636 PJH<br><br>**STIPULATION TO EXTEND THE TIME FOR JKJ, INC/OVERHEAD DOOR TO FILE ITS ANSWER TO THE COMPLAINT** AND ORDER<br><br>HEARING DATE: N/A<br>HEARING TIME: N/A.<br>Courtroom: The Hon. Phyllis J. Hamilton<br>Ct. No . 3, 17th Floor |

WHEREAS, Plaintiffs and Defendants, through their counsel, have agreed to an extension of time for Defendant to file its answer to the complaint, due to the nature of the complaint, the damages sought, the defendant's current financial condition and the apparent abilities of the parties to formulate a settlement agreement, along with the amount of work and resources necessary to prepare J K L, Inc.'s answer.

THEREFORE, Plaintiffs and Defendant agree and respectfully request the Court to extend the time for Defendant to file its answer to the complaint to and including ~~April 30~~ June 12, 2009.

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO
ANSWER THE COMPLAINT Case No. CV09 0636 PJH

1

1  Respectfully submitted,

3  Dated  04/03/09                MCKANE & KONSTANTIN

4                                 By: _____
5                                     ANASTASIOS .G. KONSTANTIN,
                                      Attorney for Defendant

10 Dated  4/13/09                 WEINBERG, ROGER & ROSENFELD

12                                By: _____
                                      LINDA BALDWIN JONES,
13                                    KRISTINA M. ZINNEN,
                                      Attorneys for Plaintiff

18  5/28/09



IT IS SO ORDERED

Judge Phyllis J. Hamilton

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO
ANSWER THE COMPLAINT Case No. CV09 0636 PJH

2