UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
CARPENTER PENSION TRUST FUND,

    Plaintiff(s),

v.

JKJ INC.,

    Defendant(s).

No. C 09-0636 PJH

**ORDER ENTERING DEFENDANT'S DEFAULT**

Defendant in the above-entitled matter having failed to appear at the case management conference on May 21, 2009, the court issued an order to show cause ("OSC") why defendant's default should not be entered for failing to appear and defend this matter. No response to the OSC was made and defendant failed to appear at the hearing on the OSC. Further, defendant failed to answer the complaint by the deadline stipulated to by the parties.

Accordingly, the default of defendant JKJ, Inc., is hereby ENTERED. Plaintiff's motion for default judgment shall be filed no later than July 31, 2009.

**IT IS SO ORDERED.**

Dated: June 15, 2009

PHYLLIS J. HAMILTON
United States District Judge