UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
CARPENTER TRUST FUND FOR
NORTHERN CALIFONRIA,

       Plaintiff(s),                         No. C 09-0636 PJH

   v.                                   **ORDER ADOPTING**
                                            **MAGISTRATE JUDGE'S REPORT**
JKJ, INC..                             **AND RECOMMENDATION**

       Defendant(s).
_____/

    The court has reviewed Magistrate Judge Chen's January 6, 2010 Report and Recommendation Re: plaintiff's motion for default judgment.  No objections to the report have been filed and the time for filing objections has passed.  The court finds the report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly, by separate order judgment will be entered in plaintiff's favor in accordance with the report.

    IT IS SO ORDERED.

Dated: January 29, 2010

                                                   _____
                                                   PHYLLIS J. HAMILTON
                                                   United States District Judge