UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
CARPENTER TRUST FUND FOR
NORTHERN CALIFORNIA,

       Plaintiff(s),                            No. C 09-0636 PJH

  v.                                        **JUDGMENT**

JKJ, INC.,

       Defendant(s).
_____/

The court having adopted the magistrate judge's report and recommendation on plaintiff's motion for default judgment, default judgment in favor of plaintiff is GRANTED and it is Ordered and Adjudged that plaintiff be awarded

    $38,382.00 in unpaid withdrawal liability,

    $10,415.12 in interest through December 1, 2009,

    $3,838.20 in liquidated damages, and

    $7,374.12 in fees and costs

for a total award of **$60,009.44.**

    IT IS SO ORDERED.

Dated: January 29, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge